1  WADE HANSARD, Nevada Bar No. 8104
   wade.hansard@mccormickbarstow.com
2  MCCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH
3  8337 West Sunset Road, Suite 350
   Las Vegas, NV 891113
4  Telephone: (702) 949-1100
   Facsimile: (702) 949-1101
5
   DOUGLAS A. SCULLION (*pro hac vice forthcoming*)
6  doug.scullion@dentons.com
   ANNA S. YOUSSEFI (*pro hac vice forthcoming*)
7  anna.youssefi@dentons.com
   DENTONS US LLP
8  One Market Plaza, Spear Tower, 24th Floor
   San Francisco, California 94105
9  Telephone: (415) 267-4000
   Facsimile: (415) 267 4198
10
11 ATTORNEYS FOR DEFENDANT
   THE LINCOLN NATIONAL LIFE INSURANCE
   COMPANY

UNITED STATES DISTRICT COURT FOR

DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE MOTA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:17-CV-1405-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(First Request)**<br><br>**Current Response Date: 06-13-2017**<br><br>**New Response Date: 07-11-2017** |

Pursuant to Local Rule IA 6-1, Plaintiff Valerie Mota and defendant The Lincoln National Life Insurance Company ("Lincoln") (together, the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiff filed an initial Complaint in this case on May 18, 2017;

WHEREAS, Plaintiff personally served Lincoln with the Complaint on May 23, 2017.

WHEREAS, Lincoln has requested and Plaintiff has agreed to extend Lincoln's deadline

1
Case No. 2:17-cv-1405-APG-CWH　　　　STIPULATION AND ORDER TO EXTEND
　　　　　　　　　　　　　　　　　　　　　　DEADLINE TO RESPOND TO COMPLAINT

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

to respond to the Complaint from June 13, 2017 to July 11, 2017;

WHEREAS, this is the first stipulation for an extension of time to respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED, and the Parties request that Lincoln may file its responsive pleading in this matter no later than July 11, 2017.

IT IS SO STIPULATED.

Dated: June 12, 2017
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH

By: /s/ Wade Hansard
Wade Hansard, Esq.
Nevada Bar No.: 008104
8337 W. Sunset Rd., Ste. 350
Las Vegas, NV 89113
(702) 949-1100
Attorneys for Defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

Dated: June 12, 2017
ERISA LAW CENTER

By: /s/ Robert Rosati
Robert J. Rosati
(*pro hac vice*)
6485 N. Palm Ave., Ste. 105
Fresno, CA 93704
(559) 478-4119
Attorneys for Plaintiff VALERIE MOTA

Dated: June 12, 2017
HATFIELD LAW ASSOCIATES

By: /s/ Trevor Hatfield
Trevor Hatfield, Esq.
Nevada Bar No.: 7373
703 S. Eighth Street
Las Vegas, NV 89101
(702) 388-4469
Attorneys for Plaintiff VALERIE MOTA

2

Case No. 2:17-cv-1405-APG-CWH
STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

1 **IT IS SO ORDERED:**

2

3 _____

 UNITED STATES DISTRICT JUDGE

4

5 DATED: June 13, 2017

6

7 103914417

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000